IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ROBERT KING MALLARD, | : |
| Plaintiff, | : |
| vs. | :    **1:05-CV-02(WLS)** |
| KEVIN ROBERTS, EMMET GRISWOLD, and DR. JIMMY GRAHAM, | : |
| Defendants. | : |

**O R D E R**

This is a § 1983 action brought by a Georgia State prisoner presently serving his sentence at Lee State Prison in Leesburg, Georgia. Plaintiff is not indigent and therefore does not qualify to automatically have the United States Marshal for this district serve the defendants. Because he is incarcerated the plaintiff has asked the court to nonetheless have the Marshall serve the defendants. Plaintiff's request is hereby **GRANTED.** The United States Marshal for this district is hereby ORDERED and DIRECTED to serve the above captioned defendants by mail at Lee State Prison, Leesburg, Georgia in accordance with the appropriate provisions of Federal Rule of Civil Procedure 4. Any costs associated with service in this matter are to be paid by the plaintiff.

SO ORDERED, this 13th day of June 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE