IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ROBERT KING MALLARD, | : |
| Plaintiff, | : |
| vs. | :   **1:05-CV-02(WLS)** |
| KEVIN ROBERTS, EMMET GRISWOLD, and DR. JIMMY GRAHAM, | : |
| Defendants. | : |

# O R D E R

Plaintiff has filed what he has styled as a "Motion for a Protective Order and Hearing." As grounds for this motion plaintiff alleges that the "Georgia Department of Corrections has a Outbreak of Prisoner Abuse." Plaintiff further alleges that abuse is rampant at Lee State Prison, "[m]ostly handed down from the Security Administration at Lee State Prison, OR the defendant George Laster."

Contrary to plaintiff's assertions, at this time George Laster is not a defendant in this matter. The only defendants are as set out in the caption of this order. In the event that the district judge to whom this matter is assigned does not adopt the recommendation that George Laster be dismissed as a defendant herein he will then be served with a copy of the complaint. Plaintiff has also failed to identify the Security Administration at Lee State Prison, thus the court can not determine if any of the above named defendants are part of the Security Administration. Inasmuch as it presently appears that the plaintiff is seeking a protective order from individuals who are not defendants in this action his motion for a protective order and a hearing are **DENIED.**

SO ORDERED, this 20th day of September 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE